| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 95-CR-0749-01 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Monya Elson | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | DIVISION Probation |
| | NAME OF SENTENCING JUDGE Honorable John G. Koeltl, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2011

**OFFENSE**

Participation in a Racketeering Enterprise (18 U.S.C. 1962(c)), a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10/5/11_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of New York**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge